B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re **Ryan Adam Mickle**  
Debtor(s)

Case No. **10-22587**  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Us Bank | **Describe Property Securing Debt:** <br> 2004 GMC Sierra 1500; 81,000 miles <br> Location: 9906 Stiges Street, Las Vegas NV 89178 |

Property will be (check one):  
☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt         ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> Us Bank Home Mortgage | **Describe Property Securing Debt:** <br> Location: 9906 Stiges Street, Las Vegas NV 89178 |

Property will be (check one):  
☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
■ Other. Explain **Real Property -- No requirement to reaffirm or redeem.** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt         ☐ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:** <br> -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES         ☐ NO |

B8 (Form 8) (12/08) Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **July 13, 2010**                                Signature **/s/ Ryan Adam Mickle**
                                                                **Ryan Adam Mickle**
                                                                Debtor